J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant*
*Synchrony Bank*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD R. ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT PLAINS LENDING, LLC, SYNCHRONY LENDING, INC., AND TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-01763-JAD-NJK<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT SYNCHRONY LENDING, INC. TO RESPOND TO COMPLAINT** |

Plaintiff Donald R. Robinson ("Plaintiff") and Defendant Synchrony Bank, improperly named as Synchrony Lending, Inc. ("Synchrony") through their respective counsel, hereby stipulate and agree as set forth below:

## RECITALS

A. Plaintiff filed a Complaint ("Complaint") against Synchrony on September 11, 2018.

B. Synchrony was served with the Complaint on September 25, 2018.

C. Synchrony's current deadline to respond to the Complaint is October 16, 2018.

D. The parties agreed that Synchrony would have through November 6, 2018 to respond to the Complaint in order to give Synchrony time to investigate Plaintiffs' claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E. There is good cause to grant this stipulation because Synchrony requires

additional time to investigate Plaintiffs' claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F. This stipulation is filed in good faith and not intended to cause delay.

G. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Synchrony respectfully request that the Court extend Synchrony's time to respond to Plaintiffs' Complaint through November 6, 2018.

## STIPULATION

NOW, THEREFORE, Plaintiff and Synchrony hereby stipulate and agree that Synchrony has up to and including November 6, 2018, to file a response to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED this 11th day of October, 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind (NV Bar #13903)
6069 South Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Tel: 800-400-6808 x7
Email: mkind@kazlg.com

*Attorney for Plaintiff*
*Donald R. Robinson*

DATED this 11th day of October, 2018.

**LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP**

By: /s/ Matthew Tsai
J Christopher Jorgensen (NV Bar #5382)
Matthew R. Tsai (NV Bar #14290)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant*
*Synchrony Bank*

## ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED   October 15, 2018