**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD R. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>GREAT PLAINS LENDING, LLC, SYNCHRONY LENDING, INC., and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-01763-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Donald R. Robinson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 11, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 24, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. Specifically, the allegations in Plaintiff's Complaint involve multiple inquiries from multiple different furnishers, necessitating detailed fact-finding and document retrieval. Trans Union respectfully requests the additional time so that it may respond to the specific allegations in the Complaint in a meaningful way.

4844-8754-0089.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 14, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 18th day of October, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Jason G. Revzin_____
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KAZEROUNI LAW GROUP APC**

__/s/ Michael Kind_____
Michael Kind
Nevada Bar No. 13903
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523
Email: mkind@kazlg.com
and
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including November 14, 2018 is so ORDERED AND ADJUDGED.

Dated this __19__ day of _____October_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4844-8754-0089.1