# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ROBINSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>GREAT PLAINS LENDING LLC, *et al.*,<br><br>    Defendant(s). | Case No.: 2:18-cv-01763-JAD-NJK<br><br>**Order**<br><br>(Docket No. 16) |

Before the Court is Plaintiff and Defendant Trans Union's notice of settlement. Docket No. 16. The Court **ORDERS** these parties to file a stipulation of dismissal no later than January 14, 2019.

IT IS SO ORDERED.

Dated: November 14, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1