UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD R. ROBINSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>GREAT PLAINS LENDING, LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-01763-JAD-NJK<br><br>**Order**<br><br>(Docket No. 23) |

    Before the Court is Plaintiff and Defendant Synchrony Lending, Inc.'s notice of settlement. Docket No. 23. The Court **ORDERS** these parties to file a stipulation of dismissal no later than March 5, 2019.

    IT IS SO ORDERED.

    Dated: January 7, 2019

                                    NANCY J. KOPPE
                                    United States Magistrate Judge